UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEON LAMONT POWELL,<br><br>   Plaintiff,<br><br>   vs.<br><br>CORRECTIONAL OFFICER WIDLEY, *et al.*,<br><br>   Defendants. | Case No. 1:17-cv-00824-EPG-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RE-ISSUANCE OF SERVICE DOCUMENTS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RE-ISSUANCE OF SERVICE DOCUMENTS AND MOTION FOR EXTENSION OF TIME<br><br>(ECF Nos. 15-16)<br><br>ORDER RE-FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>**THIRTY DAY DEADLINE** |

Dameon Lamont Powell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2017, Plaintiff filed a First Amended Complaint. (ECF No. 12). On September 6, 2017, the Court screened the First Amended Complaint and found two cognizable claims as follows:

1. Excessive Force in violation of the Eighth Amendment as to Defendants Widley, Zimmerman, Vasquez, Rodriguez, and T.C. Davies; and
2. Deliberate Indifference to Serious Medical Needs in violation of the Eighth Amendment as to Defendant R\N Wilson.

(ECF No. 14). On the same date, the Court found service of process of the Defendants appropriate and sent service documents to Plaintiff for return in 30 days. (*Id*.)

On October 27, 2017, Plaintiff filed two motions requesting re-issuance of the September 6, 2017 Order due lost mail and a delay caused by a prison transfer. (ECF Nos. 15-16). The Court finds good cause to grant the motions and ORDERS as follows:

1.  The Clerk of the Court shall RE-SEND Plaintiff a copy of the September 6, 2017 Order (ECF No. 14);

2. The Clerk of Court shall RE-SEND Plaintiff 6 USM-285 form(s), 6 summons(es), a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on August 21, 2017. (ECF No. 12);

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons(es);

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven copies of the endorsed First Amended Complaint .

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal Service to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and,

5. <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **November 1, 2017**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE