1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DAMEON LAMONT POWELL,              Case No. 1:17-cv-00824-AWI-JDP

10            Plaintiff,               ORDER REQUIRING PLAINTIFF TO FILE
                                       OPPOSITION TO DEFENDANTS' MOTION
11       v.                            FOR SUMMARY JUDGMENT

12  CORRECTIONAL OFFICER WIDLEY, *et*
    *al.*,                            TWENTY-ONE-DAY DEADLINE
13
              Defendants.
14

15        Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

16  under 42 U.S.C. § 1983.  On November 9, 2018, defendants moved for summary judgment.

17  ECF No. 36.  Plaintiff had twenty-one (21) days to oppose defendant's motion under Local

18  Rule 230(l), but he failed to do so.

19        Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a

20  waiver of any opposition to the granting of the motion and may result in the imposition of

21  sanctions."  As a sanction, the court may treat the facts asserted by defendant as "undisputed

22  for purposes of the motion."  Fed. R. Civ. P. 56(e)(2).  The court may also dismiss the case for

23  plaintiff's failure to prosecute or failure to comply with a court order.

24        The court will allow plaintiff one more opportunity to oppose the motion for summary

25  judgment.  Plaintiff must file a response to defendants' motion for summary judgment within

26  twenty-one (21) days of this order and explain the reason for his delay.  If plaintiff fails to do

27  so, the court will deem defendants' motion unopposed, which could result in granting the

28

motion on the merits.  *See* Fed. R. Civ. P. 56(e)(3).  Failure to comply with this order may also result in dismissal of this action.

IT IS SO ORDERED.

Dated:    December 5, 2018

_____
UNITED STATES MAGISTRATE JUDGE